# STATE OF LOUISIANA
# SECRETARY OF STATE

Received
NOV 1 3 2007
LAW DEPT.

LEGAL SERVICES SECTION
P.O. BOX 94125, BATON ROUGE, LA 70804-9125
(225) 922-0415

11/07/07

RELIANCE STANDARD LIFE INSURANCE COMPANY
CHARLES T. DENARO, ASST. V.P., SEC. & GEN. COUNSEL
TWO COMMERCE SQUARE
2001 MARKET ST., SUITE 1500
PHILADELPHIA, PA  19103

SUIT NO: 652442
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON

EMERSON SIMMONS
vs
RELIANCE STANDARD LIFE INS CO

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding.
Please call the attorney that filed this document if you have any questions
regarding this proceeding. If you received this document in error, please
return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State

RECEIVED
NOV 1 3 2007
DEBRA STAPLES

Served on: JAY DARDENNE                Date: 11/06/07 at 3:00 PM
Served by: JC ARCENEAUX                Title: DEPUTY SHERIFF

=============================================================================
Received      Number       Date        Paid By                  Amount
CHECK/M.O.    185          10/24/07    SIMMONS TENANT           25.00

EC
=============================================================================

## NO. 674823





EXHIBIT B



JUDGE
ROSS P. LaDART

(101) Citation: ISS PET FOR DAMAGES, BREACH OF CONTRACT AND FOR   071029-7639-1
PUNITIVE DAMAGES FOR BAD FAITH/VERIFICATION;

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

EMERSON SIMMONS
versus
RELIANCE STANDARD LIFE INSURANCE COMPANY

Case: 652-442   Div: "O"
P 1 EMERSON SIMMONS

To: RELIANCE STANDARD LIFE INSURANCE COMPANY
THROUGH THE SECRETARY OF STATE
STATE OF LOUISIANA
BATON ROUGE, LA

SS#185 $25.00
EBR#186 $27.92

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PET FOR DAMAGES, BREACH OF CONTRACT AND FOR PUNITIVE DAMAGES FOR BAD FAITH/VERIFICATION of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney LEO M. PRANGE III and was issued by the Clerk Of Court on the 29th day of October, 2007.

SERVED ON
JAY DARDENNE

NOV 0 6 2007

SECRETARY OF STATE
COMMERCIAL DIVISION

_Masie Comeaux_
Masie A Comeaux, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

---

(101) Citation: ISS PET FOR DAMAGES, BREACH OF CONTRACT AND FOR   071029-7639-1
PUNITIVE DAMAGES FOR BAD FAITH/VERIFICATION;

### SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of _____, _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____.

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED: Parish of _____ this _____ day of _____, _____

SERVICE: $ _____     BY: _____
MILEAGE: $ _____         Deputy Sheriff
TOTAL: $ _____

11/13/2007 14:53 267-256-3551 RSL CLAIMS ADMIN PAGE 04/08

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 652442

DIVISION **DIV. O**

EMERSON SIMMONS

VERSUS

RELIANCE STANDARD LIFE INSURANCE COMPANY

FILED: _____    _____
                                    DEPUTY CLERK

## PETITION FOR DAMAGES, BREACH OF CONTRACT AND FOR PUNITIVE DAMAGES FOR BAD FAITH

NOW INTO COURT, through undersigned counsel, comes Emerson Simmons, (hereinafter referred to as "Plaintiff") a person of the age of majority who is domiciled and residing in the Parish of Jefferson, State of Louisiana, and who respectfully represents as follows:

I.

Made defendant herein is Reliance Standard Life Insurance Company (hereinafter referred to as "Reliance"), which is, under information and belief, a foreign insurance company/conglomerate, authorized to do and doing business within the State of Louisiana and within the Parish of Jefferson.

II.

At all times pertinent hereto, the defendant, Reliance, had in full force and effect a policy of insurance bearing number LTP-104498 covering Plaintiff for any losses that he might sustain due to any disability.

III.

On December 5, 2004, Plaintiff suffered a stroke while working for Al Copeland Investments, Inc.

IV.

In late October, 2006, while working in Chicago, Illinois, Plaintiff fell and injured his back when a chair collapsed in his hotel room.

V.

On November 3, 2006, after being slowed down by numerous ailments, Plaintiff was terminated by his employer (Al Copeland Investments, Inc.) after seventeen years of service.

VI.

Subsequently, November, 2006, Plaintiff filed a claim with Reliance for disability benefits due to his numerous ailments.

VII.

On November 3, 2006, Plaintiff was terminated by Copeland because he could no longer perform his required duties.

VIII.

On December 5, 2006, Plaintiff was involved in an automobile accident causing trauma to his vocal cords.

IX.

Despite the stroke and extensive rehabilitation, Plaintiff continued to work in a reduced capacity as Vice President of Development for Al Copeland Investments, Inc.

X.

In response to Plaintiff's claim for disability benefits, Reliance issued claim number 2006-11-29-0057-LTD-01.

XI.

Plaintiff executed numerous authorizations allowing Reliance to obtain a copy of his medical records and data from numerous physicians and/or healthcare providers.

XII.

Despite receiving numerous records from Plaintiff's treating physicians, Reliance refused to pay Plaintiff any disability benefits pursuant to his policy.

XIII.

The defendant herein, Reliance, has taken an unreasonable position with regard to the disability claim of Plaintiff.

XIV.

Despite Plaintiff's amicable demand for payment of disability benefits, Reliance denied payment of disability benefits to Plaintiff.

XV.

Under Louisiana Rev. Stat. 22:658, an insurer must pay "the amount of any claim due any insured within thirty days after receipt of satisfactory proofs of loss from the insured." The defendant herein, Reliance, did not do so, and they have offered no reasonable explanation for their actions,

inactions, or for the position that they have taken with regard to the claims made by Plaintiff.

XVI.

Under La. Rev. Stat. 22:1220, an insurer owes its insured a duty of "good faith and fair dealing". By its actions with regard to the claims made by Plaintiff herein, the defendant, Reliance, has breached its duty of good faith and fair dealing.

XVII.

Plaintiff is entitled to an award of damages to compensate her for the losses that he has sustained and continues to sustain, to punitive damages occasioned by the defendant's failure to comply with the requirements of La. Rev. Stat. 22:658 and 22:1220, to attorneys fees, and costs and interest.

XVIII.

At the trial of this cause, it shall be necessary to call upon expert witnesses to testify, and the costs of those experts should be taxed to the defendant herein.

XIX.

This petition is being filed to interrupt prescription, and Plaintiff reserves his right to file amending and supplemental petitions as necessary.

WHEREFORE, the Plaintiff herein, Emerson Simmons, prays:

a. That after due proceedings be conducted herein, that there be judgment herein in his favor and against the defendant, Reliance, in an amount determined equitable by the Court for their property damage losses, including but not limited to additional living expenses, and for penalties and attorneys fees in accordance with La. Rev. Stat. 22:658 and 22:1220, all with interest, as appropriate, from the date of judicial demand until paid;

b. That his right to file amending and supplemental petitions herein be reserved;

c. That the costs of experts, called upon to testify at the trial herein, be taxed as costs to the defendant;

d. For all costs of these proceedings; and

e. For any and all general and equitable relief.

Respectfully Submitted:

*[signature]*

**LEO M. PRANGE, III (#22138)**
Attorney At Law
917 N. Causeway Boulevard
Metairie, LA 70001
Telephone: (504) 835-7833
Telecopier: (504) 309-2054

**TROY R. KELLER (#21661)**
917 N. Causeway Boulevard
Metairie, LA 70001
Telephone: (504) 835-7833
Telecopier: (504) 309-2054

Counsel for Plaintiff

PLEASE SERVE:

**Reliance Standard Life Insurance Company**
through the Secretary of State
State of Louisiana
Baton Rouge, LA

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.

*[signature]* Marie Comeaux
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

662442

EMERSON SIMMONS

VERSUS

RELIANCE STANDARD LIFE INSURANCE COMPANY

FILED: _____    _____
DEPUTY CLERK

## VERIFICATION

STATE OF LOUISIANA

PARISH OF JEFFERSON

NOW COMES Emerson Simmons, plaintiff in the above captioned matter, who after being duly sworn did depose and say that he has read the allegations contained in the foregoing petition and that the information contained therein is true and correct to the best of his knowledge, information, and belief.

_____
EMERSON SIMMONS

_____
TROY R. KELLER (#21661)
NOTARY PUBLIC

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.

_____
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA