# RELIANCE STANDARD
## Life Insurance Company

Home Office: Chicago, Illinois • Administrative Office: Philadelphia, Pennsylvania

**POLICYHOLDER:**  Al Copeland Investments, Inc.

**POLICY NUMBER:**  LTD 104498

**EFFECTIVE DATE:**  July 1, 2000, as amended through July 1, 2004

**ANNIVERSARY DATES:**  July 1, 2001 and each July 1st thereafter.

**PREMIUM DUE DATES:**  The first Premium is due on the Effective Date. Further Premiums are due monthly, in advance, on the first day of each month.

This Policy is delivered in Louisiana and is governed by its laws.

Reliance Standard Life Insurance Company is referred to as "we", "our" or "us" in this Policy.

The Policyholder and any subsidiaries, divisions or affiliates are referred to as "you", "your" or "yours" in this Policy.

We agree to provide insurance to you in exchange for the payment of Premium and a signed Application.  This Policy provides income replacement benefits for Total Disability from Sickness or Injury.  It insures those Eligible Persons for the Monthly Benefit shown on the Schedule of Benefits.  The insurance is subject to the terms and conditions of this Policy.

The Effective Date of this Policy is shown above.  This Policy stays in effect as long as Premium is paid when due.  The "TERMINATION OF THIS POLICY" section of the GENERAL PROVISIONS explains when the insurance terminates.

This Policy is signed by our President and Secretary.

Secretary

President

Countersigned_____

Licensed Resident Agent

### GROUP LONG TERM DISABILITY INSURANCE
### NON-PARTICIPATING

This Long Term Disability Policy amends the Long Term Disability Policy previously issued to you by us.  It is issued on August 23, 2004.

LRS-6564 Ed. 2/84



EXHIBIT

A

**RELIANCE STANDARD LIFE INSURANCE COMPANY**
Home Office:  Chicago, Illinois
Administrative Office:  Philadelphia, Pennsylvania

**GROUP POLICY NUMBER:**  LTD 104498

**POLICY EFFECTIVE DATE:**  July 1,  2000   as amended through July 1, 2004

**POLICY DELIVERED IN:**  Louisiana

**ANNIVERSARY DATE:**  July 1st in each year

Application is made to us by:  Al Copeland Investments, Inc.

This Application is completed in duplicate, one copy to be attached to your Policy and the other returned to us.

It is agreed that this Application takes the place of any previous application for your Policy.

Signed at _____ this _____ day of _____.

Policyholder: _____     Agent: _____

By: _____            _____
　　　　　　　　(Signature)                                                (Licensed Resident Agent)

_____
　　　　　　　(Title)

Please sign and return.

LRS-6564-1 Ed. 2/83

*BOD*

*BC1COAPLTD          10449807/01/2004*

*BC1COAPLTD     10449807/01/2004*RSL
*BC2COAPAI Copeland Investments, Inc.

**RELIANCE STANDARD LIFE INSURANCE COMPANY**
Home Office:  Chicago, Illinois
Administrative Office:  Philadelphia, Pennsylvania

**GROUP POLICY NUMBER:**   LTD 104498          **POLICY EFFECTIVE DATE:**   July 1, 2000   as amended
through July 1, 2004

**POLICY DELIVERED IN:**   Louisiana          **ANNIVERSARY DATE:**   July 1st in each year

Application is made to us by:  Al Copeland Investments, Inc.

This Application is completed in duplicate, one copy to be attached to your Policy and the other returned to us.

It is agreed that this Application takes the place of any previous application for your Policy.

Signed at _____ this _____ day of _____.

Policyholder: _____          Agent: _____

By: _____          _____
                (Signature)                                                (Licensed Resident Agent)

_____
                (Title)

LRS-6564-1 Ed. 2/83

# TABLE OF CONTENTS

**Page**

SCHEDULE OF BENEFITS ............................................................................................................ 1.0

DEFINITIONS ................................................................................................................................ 2.0

CERTAIN RESPONSIBILITIES OF THE POLICYHOLDER ......................................................... 3.0

TRANSFER OF INSURANCE COVERAGE .................................................................................. 4.0

GENERAL PROVISIONS ............................................................................................................... 5.0
　　　Entire Contract
　　　Changes
　　　Time Limit on Certain Defenses
　　　Records Maintained
　　　Clerical Error
　　　Misstatement of Age
　　　Not in Lieu of Workers' Compensation
　　　Conformity with State Laws
　　　Certificate of Insurance
　　　Termination of this Policy

CLAIMS PROVISIONS .................................................................................................................. 6.0
　　　Notice of Claim
　　　Claim Forms
　　　Written Proof of Total Disability
　　　Payment of Claims
　　　Arbitration of Claims
　　　Physical Examination and Autopsy
　　　Legal Actions

INDIVIDUAL ELIGIBILITY, EFFECTIVE DATE AND TERMINATION ........................................... 7.0
　　　General Group
　　　Eligibility Requirements
　　　Waiting Period
　　　Effective Date of Individual Insurance
　　　Termination of Individual Insurance
　　　Individual Reinstatement

PREMIUMS ................................................................................................................................... 8.0

BENEFIT PROVISIONS ................................................................................................................ 9.0

WORKSITE MODIFICATION PROVISION .................................................................................... 10.0

EXCLUSIONS ............................................................................................................................... 11.0

LIMITATIONS ................................................................................................................................ 12.0

LIMITATIONS - OTHER LIMITED BENEFITS .............................................................................. 13.0

SPECIFIC INDEMNITY BENEFIT ................................................................................................ 14.0

WORK INCENTIVE AND CHILD CARE BENEFITS ..................................................................... 15.0

FAMILY AND MEDICAL LEAVE OF ABSENCE BENEFIT ........................................................... 16.0

MILITARY SERVICES LEAVE OF ABSENCE COVERAGE ......................................................... 16.1

EXTENDED DISABILITY BENEFIT .............................................................................................. 17.0

LRS-6564-2 Ed. 2/83

REHABILITATION BENEFIT.................................................................................................................. 18.0

## SCHEDULE OF BENEFITS

**NAME OF SUBSIDIARIES, DIVISIONS OR AFFILIATES TO BE COVERED:** Landmark Hotel, Diversified Foods, Inc., Popeyes 3041, Copeland's of New Orleans, Inc., Restaurant Development Corporation of New Orleans, Straya, Wholly Mackerel, Juke Box Cajun Diner, Super Popeye's, Stony Point

"Affiliate" means any corporation, partnership, or sole proprietor under the common control of the Policyholder.

**ELIGIBLE CLASSES:** Each active, Full-time employee except any person employed on a temporary or seasonal basis, according to the following classifications:

CLASS 1:  salaried Executive (officer of the corporation), who is enrolled in the Group Health Plan of Al Copeland Investments who:

(1) is engaged in a non-hazardous occupation; and
(2) functions primarily in an office environment.

CLASS 2:  salaried employee not included in Class 1 or Class 3, who is enrolled in the Group Health Plan of Al Copeland Investments

CLASS 3:  employee not included in Class 1 or Class 2, who is enrolled in the Group Health Plan of Al Copeland Investments

**WAITING PERIOD:**

CLASS 1 & 2:  None

CLASS 3:  90 days

**INDIVIDUAL EFFECTIVE DATE:**

CLASS 1 & 2:  The first of the Policy month coinciding with or next following the day the person becomes eligible.

CLASS 3:  The first of the Policy month coinciding with or next following completion of the Waiting Period.

**INDIVIDUAL REINSTATEMENT:** 6 months

**MINIMUM PARTICIPATION REQUIREMENTS:**

|  | Percentage | Number of Insureds |
|---|---|---|
| CLASS 1: | 75% | 10 |
| CLASS 2 & 3: | 100% | 10 |

## LONG TERM DISABILITY BENEFIT

**ELIMINATION PERIOD:** 90 consecutive days of Total Disability.

**MONTHLY BENEFIT:**  The Monthly Benefit is an amount equal to 60% of Covered Monthly Earnings, payable in accordance with the section entitled Benefit Amount.

**MINIMUM MONTHLY BENEFIT:**  In no event will the Monthly Benefit payable to an Insured be less than $50.

**MAXIMUM MONTHLY BENEFIT:**  $10,000 (this is equal to a maximum Covered Monthly Earnings of $16,667).

**MAXIMUM DURATION OF BENEFITS:**  Benefits will not accrue beyond the longer of: the Duration of Benefits; or Normal Retirement Age; specified below:

| Age at Disablement | Duration of Benefits (in years) |
|---|---|
| 61 or less | To Age 65 |
| 62 | 3 ½ |
| 63 | 3 |
| 64 | 2 ½ |
| 65 | 2 |
| 66 | 1 ¾ |
| 67 | 1 ½ |
| 68 | 1 ¼ |
| 69 or more | 1 |

OR

Normal Retirement Age as defined by the 1983 Amendments to the United States Social Security Act and determined by the Insured's year of birth, as follows:

| Year of Birth | Normal Retirement Age |
|---|---|
| 1937 or before | 65 years |
| 1938 | 65 years and 2 months |
| 1939 | 65 years and 4 months |
| 1940 | 65 years and 6 months |
| 1941 | 65 years and 8 months |
| 1942 | 65 years and 10 months |
| 1943 thru 1954 | 66 years |
| 1955 | 66 years and 2 months |
| 1956 | 66 years and 4 months |
| 1957 | 66 years and 6 months |
| 1958 | 66 years and 8 months |
| 1959 | 66 years and 10 months |
| 1960 and after | 67 years |

**CHANGES IN MONTHLY BENEFIT:**

CLASS 1:  Increases in the Monthly Benefit are effective on the date of the change, provided the Insured is Actively at Work on the effective date of the change.  If the Insured is not Actively at Work on that date, the effective date of the increase in the benefit amount will be deferred until the date the Insured returns to Active Work.  Decreases in the Monthly Benefit are effective on the date the change occurs.

If an increase in, or initial application for, the Monthly Benefit is due to a life event change (such as marriage, birth or specific changes in employment status), proof of health will not be required provided the Insured applies within 31 days of such life event.

CLASS 2 & 3:  Increases in the Monthly Benefit are effective on the date of the change, provided the Insured is Actively at Work on the effective date of the change.  If the Insured is not Actively at Work on that date, the effective date of the increase in the benefit amount will be deferred until the date the Insured returns to Active Work.  Decreases in the Monthly Benefit are effective on the date the change occurs.

**CONTRIBUTIONS:** Insured:

CLASS 1:  100%

Contributions for the Insured are being made on a pre-tax or post-tax basis, at the Insured's option.  This means that (under the law as of the date of this policy was issued) the Insured's Monthly Benefit may be treated as taxable (if the pre-tax basis is chosen), or as non-taxable (if the post-tax option is chosen) for the purposes of filing the Insured's Federal Income Tax Return.  It is recommended that the Insured contact his/her personal tax advisor.  A change in the contribution basis may affect the premiums and the tax treatment for these benefits.

CLASS 2 & 3:  0%

## DEFINITIONS

"Actively at Work" and "Active Work" mean actually performing on a Full-time basis the material duties pertaining to his/her job in the place where and the manner in which the job is normally performed. This includes approved time off such as vacation, jury duty and funeral leave, but does not include time off as a result of an Injury or Sickness.

"Claimant" means an Insured who makes a claim for benefits under this Policy for a loss covered by this Policy as a result of an Injury to or a Sickness of the Insured.

CLASS 1 & 2: "Covered Monthly Earnings" means the Insured's monthly salary received from you on the day just before the date of Total Disability, prior to any deductions to a 401(k) or Section 125 plan. Covered Monthly Earnings do not include commissions, overtime pay, bonuses or any other special compensation not received as Covered Monthly Earnings.

CLASS 3: "Covered Monthly Earnings" means the Insured's monthly salary received from you on the day just before the date of Total Disability, prior to any deductions to a 401(k) or Section 125 plan. Covered Monthly Earnings do not include commissions, overtime pay, bonuses or any other special compensation not received as Covered Monthly Earnings.

If hourly paid employees are insured, the number of hours worked during a regular work week, not to exceed forty (40) hours per week, times 4.333, will be used to determine Covered Monthly Earnings. If an employee is paid on an annual basis, then the Covered Monthly Earnings will be determined by dividing the basic annual salary by 12.

"Eligible Person" means a person who meets the Eligibility Requirements of this Policy.

"Elimination Period" means a period of consecutive days of Total Disability, as shown on the Schedule of Benefits page, for which no benefit is payable. It begins on the first day of Total Disability.

Interruption Period: If, during the Elimination Period, an Insured returns to Active Work for less than 30 days, then the same or related Total Disability will be treated as continuous. Days that the Insured is Actively at Work during this interruption period will not count towards the Elimination Period. This interruption of the Elimination Period will not apply to an Insured who becomes eligible under any other group long term disability insurance plan.

"Full-time" means working for you for a minimum of 35 hours during a person's regular work week.

"Hospital" or "Institution" means a facility licensed to provide care and treatment for the condition causing the Insured's Total Disability.

"Injury" means bodily injury resulting directly from an accident, independent of all other causes. The Injury must cause Total Disability which begins while insurance coverage is in effect for the Insured.

"Insured" means a person who meets the Eligibility Requirements of this Policy and is enrolled for this insurance.

"Physician" means a duly licensed practitioner who is recognized by the law of the state in which treatment is received as qualified to treat the type of Injury or Sickness for which claim is made. The Physician may not be the Insured or a member of his/her immediate family.

"Pre-existing Condition" means any Sickness or Injury for which the Insured received medical treatment, consultation, care or services, including diagnostic procedures, or took prescribed drugs or medicines, during the 3 months immediately prior to the Insured's effective date of insurance.

"Premium" means the amount of money needed to keep this Policy in force.

"Retirement Benefits" mean money which the Insured is entitled to receive upon early or normal retirement or disability retirement under:
  (1) any plan of a state, county or municipal retirement system, if such pension benefits include any credit for employment with you;
  (2) Retirement Benefits under the United States Social Security Act of 1935, as amended or under any similar plan or act; or
  (3) an employer's retirement plan where payments are made in a lump sum or periodically and do not represent contributions made by an Insured.

Retirement Benefits do not include:
    (1) a federal government employee pension benefit;
    (2) a thrift plan;
    (3) a deferred compensation plan;
    (4) an individual retirement account (IRA);
    (5) a tax sheltered annuity (TSA);
    (6) a stock ownership plan; or
    (7) a profit sharing plan.

"Sickness" means illness or disease causing Total Disability which begins while insurance coverage is in effect for the Insured. Sickness includes pregnancy, childbirth, miscarriage or abortion, or any complications therefrom.

CLASS 1: "Totally Disabled" and "Total Disability" mean, that as a result of an Injury or Sickness, during the Elimination Period and thereafter an Insured cannot perform the material duties of his/her regular occupation;
    (1) "Partially Disabled" and "Partial Disability" mean that as a result of an Injury or Sickness an Insured is capable of performing the material duties of his/her regular occupation on a part-time basis or some of the material duties on a full-time basis. An Insured who is Partially Disabled will be considered Totally Disabled, except during the Elimination Period; and
    (2) "Residual Disability" means being Partially Disabled during the Elimination Period. Residual Disability will be considered Total Disability.

CLASS 2 & 3: "Totally Disabled" and "Total Disability" mean, that as a result of an Injury or Sickness:
    (1) during the Elimination Period and for the first 24 months for which a Monthly Benefit is payable, an Insured cannot perform the material duties of his/her regular occupation;
        (a) "Partially Disabled" and "Partial Disability" mean that as a result of an Injury or Sickness an Insured is capable of performing the material duties of his/her regular occupation on a part-time basis or some of the material duties on a full-time basis. An Insured who is Partially Disabled will be considered Totally Disabled, except during the Elimination Period;
        (b) "Residual Disability" means being Partially Disabled during the Elimination Period. Residual Disability will be considered Total Disability; and
    (2) after a Monthly Benefit has been paid for 24 months, an Insured cannot perform the material duties of any occupation. Any occupation is one that the Insured's education, training or experience will reasonably allow. We consider the Insured Totally Disabled if due to an Injury or Sickness he or she is capable of only performing the material duties on a part-time basis or part of the material duties on a Full-time basis.

If an Insured is employed by you and requires a license for such occupation, the loss of such license for any reason does not in and of itself constitute "Total Disability".

## CERTAIN RESPONSIBILITIES OF THE POLICYHOLDER

For the purposes of this Policy, you act on your behalf or as the employee's agent. Under no circumstances will you be deemed our agent.

### Annual Enrollment Periods

It is your responsibility to provide us with written notice and obtain our written approval at least 31 days prior to conducting an annual enrollment period.

### Compliance With Americans With Disabilities Act (ADA)

It is your responsibility to establish and maintain procedures which comply with the employer responsibilities of the Americans With Disabilities Act of 1990, as amended.

### Distribution Of Certificates Of Insurance

A Certificate of Insurance will be provided to you for each Insured covered under this Policy. The Certificate will outline the insurance coverage, and explain the provisions, benefits and limitations of this Policy. It is your responsibility to distribute the appropriate Certificates and any updates or other notices from us to each Insured.

### Maintenance Of Records

It is your responsibility to maintain sufficient records of each Insured's insurance, including additions, terminations and changes. We reserve the right to examine these records at the place where they are kept during normal business hours or at a place mutually agreeable to you and us. Such records must be maintained by you for at least 3 years after this Policy terminates.

### Reporting Of Eligibility And Coverage Amounts

It is your responsibility to notify us on a timely basis of all individuals eligible for coverage under this Policy, of all individuals whose eligibility for coverage ends and of all changes in individual coverage amounts.

It is your responsibility to provide accurate census and salary information on all Insureds on or before each Anniversary Date, if we request such information.

### Timely Payment Of Premiums

It is your responsibility to pay all premiums required under this Policy when due. Any change in the premium contribution basis must be approved by us.

## TRANSFER OF INSURANCE COVERAGE

If an employee was covered under any group long term disability insurance plan maintained by you prior to this Policy's Effective Date, that employee will be insured under this Policy, provided that he/she is Actively At Work and meets all of the requirements for being an Eligible Person under this Policy on its Effective Date.

If an employee was covered under the prior group long term disability insurance plan maintained by you prior to this Policy's Effective Date, but was not Actively at Work due to Injury or Sickness on the Effective Date of this Policy and would otherwise qualify as an Eligible Person, coverage will be allowed under the following conditions:

(1)  The employee must have been insured with the prior carrier on the date of the transfer; and

(2)  *Premiums must be paid; and*

(3)  Total Disability must begin on or after this Policy's Effective Date.

If an employee is receiving long term disability benefits, is eligible to receive such benefits, or has a period of recurrent disability under the prior group long term disability insurance plan, that employee will not be covered under this Policy.  If premiums have been paid on the employee's behalf under this Policy, those premiums will be refunded.

**Pre-existing Conditions Limitation Credit**

If an employee is an Eligible Person on the Effective Date of this Policy, any time used to satisfy the Pre-existing Conditions Limitation of the prior group long term disability insurance plan will be credited towards the satisfaction of the Pre-existing Conditions Limitation of this Policy.

**Waiting Period Credit**

If an employee is an Eligible Person on the Effective Date of this Policy, any time used to satisfy any Waiting Period of the prior group long term disability insurance plan will be credited towards the satisfaction of the Waiting Period of this Policy.

**Late Applicant Provision**

If an employee was eligible for coverage under a prior group long term disability insurance plan issued to you for more than thirty-one (31) days but did not elect to be covered under that prior plan, then he/she must submit a written application within thirty-one (31) days of the Effective Date of this Policy, along with proof of health acceptable to us.  If we approve the employee's application, his/her insurance will be effective on the date of our approval, provided he/she is Actively at Work on that date.

## GENERAL PROVISIONS

**ENTIRE CONTRACT:**  The entire contract between you and us is this Policy, your Application (a copy of which is attached at issue) and any attached amendments.

**CHANGES:**  No agent has authority to change or waive any part of this Policy.  To be valid, any change or waiver must be in writing, signed by either our President, a Vice President, or a Secretary.  *The change or waiver must also be* attached to this Policy.

**TIME LIMIT ON CERTAIN DEFENSES:**  After this Policy has been in force for two (2) years from its Effective Date, no statement made by you shall be used to void this Policy; and no statement by any Insured on a written application for insurance shall be used to reduce or deny a claim after the Insured's insurance coverage, with respect to which claim has been made, has been in effect for two (2) years.

**RECORDS MAINTAINED:**  You must maintain records of all Insureds.  Such records must show the essential data of the insurance, including new persons, terminations, changes, etc.  This information must be reported to us regularly.  We reserve the right to examine the insurance records maintained at the place where they are kept.  This review will only take place during normal business hours.

**CLERICAL ERROR:**  Clerical errors in connection with this Policy or delays in keeping records for this Policy, whether by you, us, or the Plan Administrator:

    (1)  will not terminate insurance that would otherwise have been effective; and
    (2)  will not continue insurance that would otherwise have ceased or should not have been in effect.

If appropriate, a fair adjustment of premium will be made to correct a clerical error.

**MISSTATEMENT OF AGE:**  If an Insured's age is misstated, the Premium will be adjusted.  *If the Insured's benefit is* affected by the misstated age, it will also be adjusted.  The benefit will be changed to the amount the Insured is entitled to at his/her correct age.

**NOT IN LIEU OF WORKERS' COMPENSATION:**  This Policy is not a Workers' Compensation Policy.  It does not provide Workers' Compensation benefits.

**CONFORMITY WITH STATE LAWS:**  Any section of this Policy, which on its *Effective Date, conflicts with the laws of the* state in which this Policy is issued, is amended by this provision.  This Policy is amended to meet the minimum requirements of those laws.

**CERTIFICATE OF INSURANCE:**  We will send to you an individual certificate for each Insured.  The certificate will outline the insurance coverage, state this Policy's provisions that affect the Insured, and explain to whom benefits are payable.

**TERMINATION OF THIS POLICY:**  You may cancel this Policy at any time by giving us written notice.  This Policy will be cancelled on the date we receive your notice or, if later, the date requested in your notice.

This Policy will terminate at the end of the Grace Period if Premium has not been paid by that date.

We may cancel this Policy within sixty (60) days of written notice prior to the date of cancellation, only:

    (1)  if the number of Insureds is less than the Minimum Participation Number shown on the Schedule of Benefits; or
    (2)  if the percentage of Eligible Persons insured is less than the Minimum Participation Percentage shown on the Schedule of Benefits.

You will still owe us any Premium that is not paid up to the date this Policy is cancelled.  We will return, pro-rata, any part of the Premium paid beyond the date this Policy is cancelled.

Termination of this Policy will not affect any claim which was covered prior to termination, subject to the terms and conditions of this Policy.

LRS-6564-87-0394                                          Page 5.0

## CLAIMS PROVISIONS

**NOTICE OF CLAIM:** Written notice must be given to us within thirty-one (31) days after a Total Disability covered by this Policy occurs, or as soon as reasonably possible. The notice should be sent to us at our Administrative Office or to our authorized agent. The notice should include your name, the Policy Number and the Insured's name.

**CLAIM FORMS:** When we receive the notice of claim, we will send the Claimant the claim forms to file with us. We will send them within fifteen (15) days after we receive notice. If we do not, then proof of Total Disability will be met by giving us a written statement of the type and extent of the Total Disability. The statement must be sent within ninety (90) days after the loss began.

**WRITTEN PROOF OF TOTAL DISABILITY:** For any Total Disability covered by this Policy, written proof must be sent to us within ninety (90) days after the Total Disability occurs. If written proof is not given in that time, the claim will not be invalidated nor reduced if it is shown that written proof was given as soon as was reasonably possible. In any event, proof must be given within one (1) year after the Total Disability occurs, unless the Claimant is legally incapable of doing so.

**PAYMENT OF CLAIMS:** When we receive written proof of Total Disability covered by this Policy, we will pay any benefits due within thirty (30) days from the date upon which written notice and proof of claim is received. Benefits that provide for periodic payment will be paid for each period as we become liable.

We will pay benefits to the Insured, if living, or else to his/her estate.

If the Insured has died and we have not paid all benefits due, we may pay up to $1,000 to any relative by blood or marriage, or to the executor or administrator of the Insured's estate. The payment will only be made to persons entitled to it. An expense incurred as a result of the Insured's last illness, death or burial will entitle a person to this payment. The payments will cease when a valid claim is made for the benefit. We will not be liable for any payment we have made in good faith.

Reliance Standard Life Insurance Company shall serve as the claims review fiduciary with respect to the insurance policy and the Plan. The claims review fiduciary has the discretionary authority to interpret the Plan and the insurance policy and to determine eligibility for benefits. Decisions by the claims review fiduciary shall be complete, final and binding on all parties.

**ARBITRATION OF CLAIMS:** Any claim or dispute arising from or relating to our determination regarding the Insured's Total Disability may be settled by arbitration when agreed to by the Insured and us in accordance with the Rules for Health and Accident Claims of the American Arbitration Association or by any other method agreeable to the Insured and us. In the case of a claim under an Employee Retirement Income Security Act (hereinafter referred to as ERISA) Plan, the Insured's ERISA claim appeal remedies, if applicable, must be exhausted before the claim may be submitted to arbitration. Judgment upon the award rendered by the arbitrators may be entered in any court having jurisdiction over such awards.

Any such award will not be binding unless agreed to by the Insured and us. Unless otherwise agreed to, such award will be binding for a period of twelve (12) months after it is rendered assuming that the award is not based on fraudulent information and the Insured continues to be Totally Disabled. At the end of such twelve (12) month period, the issue of Total Disability may again be submitted to arbitration in accordance with this provision.

Any costs of said arbitration proceedings levied by the American Arbitration Association or the organization or person(s) conducting the proceedings will be paid by us.

The Arbitration process will not be binding or limit the Insured's ability to seek remedies in a court of law or with the Louisiana Commissioner of Insurance.

**PHYSICAL EXAMINATION AND AUTOPSY:** We will, at our expense, have the right to have a Claimant interviewed and/or examined:
    (1) physically;
    (2) psychologically; and/or
    (3) psychiatrically;
to determine the existence of any Total Disability which is the basis for a claim. This right may be used as often as it is reasonably required while a claim is pending.

LRS-6564-196-1100                                    Page 6.0

We can have an autopsy made unless prohibited by law.

**LEGAL ACTIONS:** No legal action may be brought against us to recover on this Policy within sixty (60) days after written proof of loss has been given as required by this Policy.  No action may be brought after three (3) years (Kansas, five (5) years; South Carolina, six (6) years) from the time written proof of loss is received.

## INDIVIDUAL ELIGIBILITY, EFFECTIVE DATE AND TERMINATION

**GENERAL GROUP:** The general group will be your employees and employees of any subsidiaries, divisions or affiliates named on the Schedule of Benefits page.

**ELIGIBILITY REQUIREMENTS:** A person is eligible for insurance under this Policy if he/she:
    (1)  is a member of an Eligible Class, as shown on the Schedule of Benefits page; and
    (2)  has completed the Waiting Period, as shown on the Schedule of Benefits page.

**WAITING PERIOD:** A person who is continuously employed on a Full-time basis with you for the period specified on the Schedule of Benefits page has satisfied the Waiting Period.

**EFFECTIVE DATE OF INDIVIDUAL INSURANCE:** If you pay the entire Premium due for an Eligible Person, the insurance for such Eligible Person will go into effect on the Individual Effective Date, as shown on the Schedule of Benefits page.

If an Eligible Person pays a part of the Premium, he/she must apply in writing for the insurance to go into effect.  He/she will become insured on the latest of:
    (1)  the Individual Effective Date as shown on the Schedule of Benefits page, if he/she applies on or before that date;
    (2)  on the date he/she applies, if he/she applies within thirty-one (31) days from the date he/she first met the Eligibility Requirements; or
    (3)  on the date we approve any required proof of health acceptable to us.  We require this proof if a person applies:
        (a)  after thirty-one (31) days from the date he/she first met the Eligibility Requirements; or
        (b)  after he/she terminated this insurance but remained in an Eligible Class as shown on the Schedule of Benefits page.

*The insurance for an Eligible Person will not go into effect on a date he/she is not Actively at Work because of a Sickness or Injury.  The insurance will go into effect after the person is Actively at Work for one (1) full day in an Eligible Class, as shown on the Schedule of Benefits page.*

**TERMINATION OF INDIVIDUAL INSURANCE:** The insurance of an Insured will terminate on the first of the following to occur:
    (1)  the first of the Policy month coinciding with or next following the date this Policy terminates;
    (2)  the first of the Policy month coinciding with or next following the date the Insured ceases to meet the Eligibility Requirements;
    (3)  the end of the period for which Premium has been paid for the Insured; or
    (4)  the first of the Policy month coinciding with or next following the date the Insured enters military service (not including Reserve or National Guard).

**INDIVIDUAL REINSTATEMENT:** The insurance of a terminated person may be reinstated if he/she returns to Active Work with you within the period of time as shown on the Schedule of Benefits page.  He/she must also be a member of an Eligible Class, as shown on the Schedule of Benefits page, and have been:
    (1)  on a leave of absence approved by you; or
    (2)  on temporary lay-off.

The person will not be required to fulfill the Eligibility Requirements of this Policy again.  The insurance will go into effect after he/she returns to Active Work for one (1) full day.  If a person returns after having resigned or having been discharged, he/she will be required to fulfill the Eligibility Requirements of this Policy again.  If a person returns after terminating insurance at his/her request or for failure to pay Premium when due, proof of health acceptable to us must be submitted before he/she may be reinstated.

## PREMIUMS

**PREMIUM PAYMENT:**  All Premiums are to be paid by you to us, or to an authorized agent, on or before the due date. The Premium Due Dates are stated on this Policy's face page.

**PREMIUM RATE:**  The Premium due will be the rate per $100.00 of the entire amount of Covered Monthly Earnings then in force.  We will furnish to you the Premium Rate on this Policy's Effective Date and when it is changed.  We have the right to change the Premium Rate:

    (1)  when the extent of coverage is changed by amendment;
    (2)  on any Premium Due Date after the first Policy Anniversary.

We will not change the Premium Rate due to (2) above more than once in any six (6) month period.  We will tell you in writing at least thirty-one (31) days before the date of a change due to (2) above.  Should the Premium Rate increase by 20% or more, we will tell you in writing at least 45 days before such change.

**GRACE PERIOD:**  You may pay the Premium up to thirty-one (31) days after the date it is due.  This Policy stays in force during this time.  If the Premium is not paid during the grace period, this Policy will terminate.  You will still owe us the Premium up to the date this Policy terminates.

**WAIVER OF PREMIUM:**  No Premium is due us for an Insured while he/she is receiving Monthly Benefits from us.  Once Monthly Benefits cease due to the end of his/her Total Disability, Premium payments must begin again if insurance is to continue.

LRS-6564-8-1100-LA                              Page 8.0

## BENEFIT PROVISIONS

**INSURING CLAUSE:**  We will pay a Monthly Benefit if an Insured:
  (1)  is Totally Disabled as the result of a Sickness or Injury covered by this Policy;
  (2)  is under the regular care of a Physician;
  (3)  has completed the Elimination Period; and
  (4)  submits satisfactory proof of Total Disability to us.

**BENEFIT AMOUNT:**  To figure the benefit amount payable:
  (1)  multiply an Insured's Covered Monthly Earnings by the benefit percentage(s), as shown on the Schedule of Benefits page;
  (2)  take the lesser of the amount:
       (a)  of step (1) above; or
       (b)  the Maximum Monthly Benefit, as shown on the Schedule of Benefits page; and
  (3)  subtract Other Income Benefits, as shown below, from step (2) above.

We will pay at least the Minimum Monthly Benefit, as shown on the Schedule of Benefits page.

**OTHER INCOME BENEFITS:**  Other Income Benefits are benefits resulting from the same Total Disability for which a Monthly Benefit is payable under this Policy.  These Other Income Benefits are:
  (1)  disability income benefits an Insured is eligible to receive under any group insurance plan(s);
  (2)  disability income benefits an Insured is eligible to receive under any governmental retirement system, except benefits payable under a federal government employee pension benefit;
  (3)  all permanent as well as temporary disability benefits, including any damages or settlement made in place of such benefits (whether or not liability is admitted) an Insured is eligible to receive under:
       (a)  Workers' Compensation Laws;
       (b)  occupational disease law;
       (c)  any other laws of like intent as (a) or (b) above; and
       (d)  any compulsory benefit law;
  (4)  with respect to Class 1, any of the following that the Insured is entitled to receive:
       (a)  wages or other compensation, excluding the amount allowable under the Rehabilitation Provision; and
       (b)  commissions or monies from you, including vested renewal commissions, but, excluding commissions or monies that the Insured earned prior to Total Disability which are paid after Total Disability has begun;
  (5)  with respect to Class 2 & 3, any of the following that the Insured is entitled to receive from you:
       (a)  wages, excluding the amount allowable under the Rehabilitation Provision; and
       (b)  commissions or monies, including vested renewal commissions, but, excluding commissions or monies that the Insured earned prior to Total Disability which are paid after Total Disability has begun;
  (6)  that part of disability or Retirement Benefits paid for by you that an Insured is eligible to receive under a group retirement plan; and
  (7)  disability or Retirement Benefits under the United States Social Security Act, the Canadian pension plans, federal or provincial plans, or any similar law for which:
       (a)  an Insured is eligible to receive because of his/her Total Disability or eligibility for Retirement Benefits; and
       (b)  an Insured's dependents are eligible to receive due to (a) above.

Disability and early Retirement Benefits will be offset only if such benefits are elected by the Insured or do not reduce the amount of his/her accrued normal Retirement Benefits then funded.

Retirement Benefits under number 7 above will not apply to disabilities which begin after age 70 for those Insureds already receiving Social Security Retirement Benefits while continuing to work beyond age 70.

Benefits above will be estimated if the benefits:
  (1)  have not been applied for; or
  (2)  have not been awarded; and
  (3)  have been denied and the denial is being appealed.

The Monthly Benefit will be reduced by the estimated amount.  If benefits have been estimated, the Monthly Benefit will be adjusted when we receive proof:
  (1)  of the amount awarded; or
  (2)  that benefits have been denied and the denial cannot be further appealed.

If we have underpaid the Monthly Benefit for any reason, we will make a lump sum payment.  If we have overpaid the

Monthly Benefit for any reason, the overpayment must be repaid to us. At our option, we may reduce the Monthly Benefit or ask for a lump sum refund. If we reduce the Monthly Benefit, the Minimum Monthly Benefit, if any, as shown on the Schedule of Benefits page, would not apply.

For each day of a period of Total Disability less than a full month, the amount payable will be 1/30th of the Monthly Benefit.

**COST OF LIVING FREEZE:**  After the initial deduction for any Other Income Benefits, the Monthly Benefit will not be further reduced due to any cost of living increases payable under these Other Income Benefits.

**LUMP SUM PAYMENTS:**  If Other Income Benefits are paid in a lump sum, the sum will be broken down to a monthly amount for the period of time the sum is payable. If no period of time is given, the sum will be broken down to a monthly amount for the period of time we expect the Insured to be disabled based on actuarial tables of disabled lives.

**TERMINATION OF MONTHLY BENEFIT:**  The Monthly Benefit will stop on the earliest of:
    (1)  the date the Insured ceases to be Totally Disabled;
    (2)  the date the Insured dies;
    (3)  the Maximum Duration of Benefits, as shown on the Schedule of Benefits page, has ended; or
    (4)  the date the Insured fails to furnish the required proof of Total Disability.

**RECURRENT DISABILITY:**  If, after a period of Total Disability for which benefits are payable, an Insured returns to Active Work for at least six (6) consecutive months, any recurrent Total Disability for the same or related cause will be part of a new period of Total Disability. A new Elimination Period must be completed before any further Monthly Benefits are payable.

If an Insured returns to Active Work for less than six (6) months, a recurrent Total Disability for the same or related cause will be part of the same Total Disability. A new Elimination Period is not required. Our liability for the entire period will be subject to the terms of this Policy for the original period of Total Disability.

This Recurrent Disability section will not apply to an Insured who becomes eligible for insurance coverage under any other group long term disability insurance plan.

## WORKSITE MODIFICATION PROVISION

If an Insured is Totally Disabled, participating in a rehabilitation program and receiving a Monthly Benefit and he/she is able to return to Active Work should you make a modification to the Insured's worksite, then you may be eligible for Worksite Modification Reimbursement.

You will be reimbursed for 100% of the actual and reasonable expenses paid for eligible worksite modifications to accommodate the Insured's return to Active Work, up to a maximum reimbursement of $2,000.00.

Eligible worksite modifications include:

1. providing the Insured with a more accessible parking space or entrance; or

2. removing items from the worksite which represent barriers or hazards to the Insured; or

3. special seating, furniture or equipment for the Insured's work station; or

4. providing special training materials or translation services during the Insured's training; or

5. any other services that we deem necessary to help the Insured return to Active Work with you.

In order for this reimbursement to be payable, the Insured must have a Total Disability that results solely from the Insured's inability to perform his or her regular occupation at your worksite. The Insured must also have the physical and mental abilities needed to perform his or her regular occupation or another occupation at your worksite, but only with the help of the proposed worksite modification.

A worksite modification may first be proposed by either you, the Insured or his or her Physician, or by us. A written proposal must then be developed with input from you, the Insured or his or her Physician. The proposal must state the purpose of the proposed worksite modification, the times, dates and costs of the modifications. Any proposal must be in writing and is subject to our approval, your approval and the approval of the Insured prior to any reimbursement being paid.

Once the worksite modification has been approved in writing, you must make the worksite modification. Upon receipt of proof satisfactory to us that the modifications for the Insured have been made as approved and you have paid the person or organization that provided the worksite modification, we will then reimburse you up to the limit shown above.

## EXCLUSIONS

We will not pay a Monthly Benefit for any Total Disability caused by:

    (1)  an act of war, declared or undeclared; or
    (2)  an intentionally self-inflicted Injury; or
    (3)  the Insured committing a felony; or
    (4)  an Injury or Sickness that occurs while the Insured is confined in any penal or correctional institution.

## LIMITATIONS

**MENTAL OR NERVOUS DISORDERS:**  Monthly Benefits for Total Disability caused by or contributed to by mental or nervous disorders will not be payable beyond an aggregate lifetime maximum duration of twenty-four (24) months unless the Insured is in a Hospital or Institution at the end of the twenty-four (24) month period.  The Monthly Benefit will be payable while so confined, but not beyond the Maximum Duration of Benefits.

If an Insured was confined in a Hospital or Institution and:
    (1) Total Disability continues beyond discharge;
    (2) the confinement was during a period of Total Disability; and
    (3) the period of confinement was for at least fourteen (14) consecutive days;
then upon discharge, Monthly Benefits will be payable for the greater of:
    (1) the unused portion of the twenty-four (24) month period; or
    (2) ninety (90) days;
but in no event beyond the Maximum Duration of Benefits, as shown on the Schedule of Benefits page.

Mental or Nervous Disorders are defined to include disorders which are diagnosed to include a condition such as:
    (1) bipolar disorder (manic depressive syndrome);
    (2) schizophrenia;
    (3) delusional (paranoid) disorders;
    (4) psychotic disorders;
    (5) depressive disorders;
    (6) anxiety disorders;
    (7) somatoform disorders (psychosomatic illness);
    (8) eating disorders; or
    (9) mental illness.

**SUBSTANCE ABUSE:**  Monthly Benefits for Total Disability due to alcoholism or drug addiction will be payable while the Insured is a participant in a Substance Abuse Rehabilitation Program.  The Monthly Benefit will not be payable beyond twenty-four (24) months.

If, during a period of Total Disability due to Substance Abuse for which a Monthly Benefit is payable, an Insured is able to perform Rehabilitative Employment, the Monthly Benefit, less 50% of any of the money received from this Rehabilitative Employment will be paid until:  (1) the Insured is performing all the material duties of his/her regular occupation on a full-time basis; or (2) the end of twenty-four (24) consecutive months from the date that the Elimination Period is satisfied, whichever is earlier.  All terms and conditions of the Rehabilitation Benefit will apply to Rehabilitative Employment due to Substance Abuse.

"Substance Abuse" means the pattern of pathological use of a Substance which is characterized by:
    (1) impairments in social and/or occupational functioning;
    (2) debilitating physical condition;
    (3) inability to abstain from or reduce consumption of the Substance; or
    (4) the need for daily Substance use for adequate functioning.

"Substance" means alcohol and those drugs included on the Department of Health, Retardation and Hospitals' Substance Abuse list of addictive drugs, except tobacco and caffeine are excluded.

A Substance Abuse Rehabilitation Program means a program supervised by a Physician or a licensed rehabilitation specialist approved by us.

**PRE-EXISTING CONDITIONS:**  Benefits will not be paid for a Total Disability:
    (1) caused by;
    (2) contributed to by; or
    (3) resulting from;
a Pre-existing Condition unless the Insured has been Actively at Work for one (1) full day following the end of twelve (12) consecutive months from the date he/she became an Insured.

LRS-6564-86-0994                              Page 12.0

## LIMITATIONS - OTHER LIMITED BENEFITS

1.  Monthly Benefits will be limited to a total of 24 months in the Insured's lifetime for all Total Disabilities caused by or contributed to:

    *   Chronic fatigue syndrome; or
    *   Environmental Allergic or Reactive Illness; or
    *   Self-Reported Conditions.

    No Monthly Benefits are payable beyond the 24 month maximum benefit period or the Maximum Duration of Benefits shown in the Schedule of Benefits, whichever is less.

2.  Monthly Benefits will be limited to a total of 24 months in the Insured's lifetime for all Total Disabilities caused by or contributed to musculoskeletal and connective tissue disorders of the neck and back, including any disease, disorder, sprain and strain of the joints and adjacent muscles of the cervical, thoracic and lumbosacral regions and their surrounding soft tissue.

    No Monthly Benefits are payable beyond the 24 month maximum benefit period or the Maximum Duration of Benefits shown in the Schedule of Benefits, whichever is less.

**Total Disabilities caused by the following musculoskeletal and connective tissue disorders will be treated the same as any other Total Disability and the 24 month maximum benefit period will not apply:**

*   Arthritis
*   Demyelinating diseases
*   Myelitis
*   Myelopathies
*   Osteopathies
*   Radiculopathies documented by electromyogram
*   Ruptured intervertebral discs
*   Scoliosis
*   Spinal fractures
*   Spinal tumors, malignancy or vascular malformations
*   Spondylolisthesis, Grade II or higher
*   Traumatic spinal cord necrosis

"Environmental Allergic or Reactive Illness" means an illness which results from the Insured's inability to function due to physical or mental symptoms caused by an allergic reaction from physical contact with or exposure to any static or airborne substances.

"Self-Reported Conditions" means those conditions which, when reported by the Insured's Physician, cannot be verified using generally accepted standard medical procedures and practices. Examples of such conditions include, but are not limited to, headaches, dizziness, fatigue, loss of energy, or pain.

## SPECIFIC INDEMNITY BENEFIT

If the Insured suffers any one of the Losses listed below from an accident resulting in an Injury, we will pay a guaranteed minimum number of Monthly Benefit payments, as shown below. However:

    (1)  the Loss must occur within one hundred and eighty (180) days; and

    (2)  the Insured must live past the Elimination Period.

| For Loss of: | Number of Monthly Benefit Payments: |
|---|---|
| Both Hands | 46 Months |
| Both Feet | 46 Months |
| Entire Sight in Both Eyes | 46 Months |
| Hearing in Both Ears | 46 Months |
| Speech | 46 Months |
| One Hand and One Foot | 46 Months |
| One Hand and Entire Sight in One Eye | 46 Months |
| One Foot and Entire Sight in One Eye | 46 Months |
| One Arm | 35 Months |
| One Leg | 35 Months |
| One Hand | 23 Months |
| One Foot | 23 Months |
| Entire Sight in One Eye | 15 Months |
| Hearing in One Ear | 15 Months |

"Loss(es)" with respect to:

    (1)  hand or foot, means the complete severance through or above the wrist or ankle joint;

    (2)  arm or leg, means the complete severance through or above the elbow or knee joint; or

    (3)  sight, speech or hearing, means total and irrecoverable Loss thereof.

If more than one (1) Loss results from any one accident, payment will be made for the Loss for which the greatest number of Monthly Benefit payments is provided.

The amount payable is the Monthly Benefit, as shown on the Schedule of Benefits page, with no reduction from Other Income Benefits.  The number of Monthly Benefit payments will not cease if the Insured returns to Active Work.

If death occurs after we begin paying Monthly Benefits, but before the Specific Indemnity Benefit has been paid according to the above schedule, the balance remaining at time of death will be paid to the Insured's estate, unless a beneficiary is on record with us under this Policy.

Benefits may be payable longer than shown above as long as the Insured is still Totally Disabled, subject to the Maximum Duration of Benefits, as shown on the Schedule of Benefits page.

## WORK INCENTIVE AND CHILD CARE BENEFITS

**WORK INCENTIVE BENEFIT**

During the first twelve (12) months of Total Disability for which a Monthly Benefit is payable, we will not offset earnings from Rehabilitative Employment until the sum of:

    (1)  the Monthly Benefit prior to offsets with Other Income Benefits; and

    (2)  earnings from Rehabilitative Employment;

exceed 100% of the Insured's Covered Monthly Earnings.  If the sum above exceeds 100% of Covered Monthly Earnings, our Benefit Amount will be reduced by such excess amount until the sum of (1) and (2) above equals 100%.

**CHILD CARE BENEFIT**

We will allow a Child Care Benefit to an Insured if:

    (1)  the Insured is receiving benefits under the Work Incentive Benefit;

    (2)  the Insured's Child(ren) is (are) under 14 years of age;

    (3)  the child care is provided by a non-relative; and

    (4)  the charges for child care are documented by a receipt from the caregiver, including social security number or taxpayer identification number.

During the twelve (12) month period in which the Insured is eligible for the Work Incentive Benefit, an amount equal to actual expenses incurred for child care, up to a maximum of $250.00 per month, will be added to the Insured's Covered Monthly Earnings when calculating the Benefit Amount under the Work Incentive Benefit.

Child(ren) means:  the Insured's unmarried child(ren), including any foster child, adopted child or step child who resides in the Insured's home and is financially dependent on the Insured for support and maintenance.

## FAMILY AND MEDICAL LEAVE OF ABSENCE BENEFIT

We will allow the Insured's coverage to continue, for up to 12 weeks in a 12 month period, if he/she is eligible for, and you have approved, a Family and Medical Leave of Absence under the terms of the Family and Medical Leave Act of 1993, as amended, for any of the following reasons:

   (1)  To provide care after the birth of a son or daughter; or
   (2)  To provide care for a son or daughter upon legal adoption; or
   (3)  To provide care after the placement of a foster child in the Insured's home; or
   (4)  To provide care to a spouse, son, daughter, or parent due to serious illness; or
   (5)  To take care of his/her own serious health condition as explained below.

If the Insured, due to his/her own serious health condition, meets the definition of Total Disability as well as all other requirements in this Policy, he/she will be considered Totally Disabled and eligible to receive a Monthly Benefit. All premiums will be waived as long as he/she is receiving such Monthly Benefit. If the Insured, due to his/her own serious health condition, is working on a reduced leave schedule or an intermittent leave schedule, as described by the Family and Medical Leave Act of 1993, as amended, but is not considered Totally Disabled under this Policy, premium payments will be continued under this benefit.

The Insured will not qualify for the Family and Medical Leave of Absence Benefit unless we have received proof from you, in a form satisfactory to us, that the Insured has been granted a leave under the terms of the Family and Medical Leave Act of 1993, as amended. Such proof: (1) must outline the terms of the Insured's leave; and (2) give the date the leave began; and (3) the date it is expected to end; and (4) must be received by us within thirty-one (31) days after a claim for benefits has been filed with us.

If you grant the Insured a Family and Medical Leave of Absence, the following applies to the Insured who has been granted the leave:

   (1)  While the Insured is on an approved Family and Medical Leave of Absence, the required premium must be paid according to the terms specified in this Policy to keep the insurance in force.
   (2)  While the Insured is on an approved Family and Medical Leave of Absence, he will be considered Actively at Work in all instances unless such leave is due to his/her own illness, injury, or disability. Changes such as revisions to coverage because of age, class, or salary changes will apply during the leave except that increases in amount of insurance, whether automatic or subject to election, are not effective for an Insured who is not Actively at Work until such time as he/she returns to Active Work for one full day.
   (3)  If the Insured becomes Totally Disabled while on a Family and Medical Leave of Absence, any Monthly Benefit which becomes payable will be based on the Insured's Covered Monthly Earnings received from you immediately prior to the date of Total Disability.
   (4)  Coverage will terminate for any Insured who does not return to work as scheduled according to the terms of his/her agreement with you. In no case will coverage be extended under this benefit beyond twelve (12) weeks in a twelve (12) month period. Insurance will not be terminated for an Insured who becomes Totally Disabled during the period of the leave and who is eligible for benefits according to the terms of this Policy.

All other terms and conditions of this Policy will remain in force while an Insured is on an approved Family and Medical Leave of Absence.

## MILITARY SERVICES LEAVE OF ABSENCE COVERAGE

We will allow the Insured's coverage to continue, for up to 12 weeks in a 12 month period, if the Insured enters the military service of the United States.  While the Insured is on a Military Services Leave of Absence, the required premium must be paid according to the terms specified in this Policy to keep the insurance in force. Changes such as revisions to coverage because of age, class or salary changes will apply during the leave except that increases in amount of insurance, whether automatic or subject to election, are not effective for such an Insured until he/she has returned to work from Military Services Leave of Absence for one full day. All other terms and conditions of this Policy will remain in force during this continuation period.  The Insured's continued coverage will cease on the earliest of the following dates:

    (1)  the date this Policy terminates; or
    (2)  the date ending the last period for which any required premium was paid; or
    (3)  12 weeks from the date the Insured's continued coverage began.

This Policy, however, does not cover any loss which occurs while on active duty in the military service if such loss is caused by or arises out of such military service, including but not limited to war or act of war (whether declared or undeclared) and is also subject to any other exclusions listed in the Exclusions provision.

## EXTENDED DISABILITY BENEFIT

We will pay an Extended Disability Benefit to an Insured if the Insured:

(1) meets all the requirements of Total Disability of this Policy; and
(2) is receiving a Total Disability Benefit under this Policy that will be exhausted because the Maximum Duration of Benefits has ended; and
(3) is unable to function without another person's Direct Assistance or verbal direction due to:

    (a) an inability to perform at least two Activities of Daily Living (ADL) as defined; or
    (b) Cognitive Impairment as defined; and

(4) is either:

    (a) confined as an Inpatient in a Skilled Nursing Home, Rehabilitation Facility or Rehabilitative Hospital in which patients receive care from licensed medical professionals; or
    (b) receiving Home Health Care or Hospice Care; and

(5) makes a Written Request for this benefit within thirty (30) days after the Maximum Duration of Benefits has ended.

The Extended Disability Benefit:

(1) will be an amount equal to 85% of the Monthly Benefit after offsets with Other Income Benefits which was payable prior to the Insured qualifying for the Extended Disability Benefit up to a maximum of $5,000 per month; and
(2) is payable for a maximum of sixty (60) months measured from the date that the Maximum Duration of Benefits has ended.

**Definitions:**

"Activities of Daily Living (ADL)" means:

(1) Bathing - the ability to wash oneself in the tub or shower or by sponge bath from a basin without Direct Assistance;
(2) Dressing - the ability to change clothes without Direct Assistance, including fastening and unfastening any medically necessary braces or artificial limbs;
(3) Eating/Feeding - the ability to eat without Direct Assistance, once food has been prepared and made available;
(4) Transferring - the ability to move in and out of a chair or bed without Direct Assistance, except with the aid of equipment (including support and other mechanical devices); and
(5) Toileting - the ability to get to and from and on and off the toilet, to maintain a reasonable level of personal hygiene and to adjust clothing without Direct Assistance.

"Cognitively Impaired" and "Cognitive Impairment" means the Insured's confusion or disorientation due to organic changes in the brain resulting in a deterioration or loss in intellectual capacity as confirmed by cognitive or other tests satisfactory to us.

"Direct Assistance" means the Insured requires continuous help or oversight to be able to perform the Activity of Daily Living (ADL).

"Home Health Care" means medical and non-medical services, provided in an Insured's residence due to Injury or Sickness, including: visiting nurse services; physical, respiratory, occupational or speech therapy; nutritional counseling; and home health aide services.  Home Health Care services must be:  (1) prescribed by and provided under the supervision of a Physician; and (2) rendered by a licensed home health care provider who is not a member of the Insured's immediate family.  Home Health Care does not include:  homemaker, companion and home delivered meals services; nor informal care services provided by family members of the Insured.

"Hospice Care" means a program of care which coordinates the special needs of a person with a Terminal Illness.  Hospice Care must be:  (1) prescribed by and provided under the supervision of a Physician; and (2) rendered by a licensed hospice care provider who is not a member of the Insured's immediate family.

LRS-6564-205-0501-LA            Page 17.0

"Inpatient" means a person confined in a Skilled Nursing Home, Rehabilitation Facility or Rehabilitative Hospital, for whom a daily room and board charge is made.

"Pre-existing Condition" means with respect to the Extended Disability Benefit only, any Sickness or Injury for which the Insured received medical treatment, consultation, care or services, including diagnostic procedures, or took prescribed drugs or medicines, during the twelve (12) months immediately preceding July 1, 2004 or the Insured's effective date of insurance.

With respect to persons insured but not Totally Disabled prior to July 1, 2004 such twelve (12) month period shall be the twelve (12) months immediately preceding July 1, 2004.  With respect to new Insureds, such twelve (12) month period shall be the twelve (12) months immediately prior to the Insured's effective date of insurance with us.

"Rehabilitation Facility or Rehabilitative Hospital" means any facility or Hospital that is licensed in the state in which it is operating to provide rehabilitation services, therapy or retraining to the Insured to enable him or her to walk, communicate, and/or function as a member of society.

"Skilled Nursing Home" means a facility or part of a facility that is licensed or certified in the state in which it is operating to provide Skilled Nursing Care.

"Skilled Nursing Care" means that level of care which:

(1)  requires the training and skills of a Registered Nurse;
(2)  is prescribed by a Physician;
(3)  is based on generally recognized and accepted standards of health care by the American Medical Association; and
(4)  is appropriate for the diagnosis and treatment of the Insured's Sickness or Injury.

"Terminal Illness" means a Sickness or physical condition that is certified by a Physician in a written statement, on a form prescribed by us, to reasonably be expected to result in death in less than 12 months.

"Written Request" means a request made, in writing, by the Insured to us.

Pre-existing Conditions Limitation:

With respect to the Extended Disability Benefit only, benefits will not be paid for a Total Disability:

(1)  caused by;
(2)  contributed to by; or
(3)  resulting from

a Pre-existing Condition unless the Insured has been Actively at Work for one (1) full day following the end of twelve (12) consecutive months measured from July 1, 2004 or the Insured's effective date of insurance with us.

No benefits will be paid under the Extended Disability Benefit if the Insured's Total Disability occurred before July 1, 2004 or the Insured's effective date of insurance with us.

The Extended Disability Benefit will cease to be payable on the earliest of the following dates:

(1)  the date the Insured dies; or
(2)  the date the Insured no longer meets the requirements of Total Disability of this Policy; or
(3)  the date the Insured:

   (a)  is no longer confined as an Inpatient in a Skilled Nursing Home, Rehabilitative Facility or Rehabilitation Hospital; or
   (b)  is no longer receiving Home Health Care or Hospice Care; or

(4)  the date the Insured is no longer considered Cognitively Impaired; or
(5)  the date the Insured is no longer unable to perform at least two Activities of Daily Living (ADL); or
(6)  the date the Insured receives his or her sixtieth (60th) monthly Extended Disability Benefit payment.

The Extended Disability Benefit will not be payable for Total Disability which is caused by or results from conditions for which Monthly Benefits are specifically limited by this Policy such as Mental or Nervous Disorders, alcoholism, drug addiction, or other Substance Abuse, musculoskeletal and connective tissue disorders, chronic fatigue syndrome, Environmental Allergic or Reactive Illness, or Self-Reported Conditions.

If this Policy contains a Survivor Benefit, Activities of Daily Living Benefit (ADL), Catastrophic Care Benefit, Supplemental Pension Benefit, Living Benefit, Cost of Living Benefit or a Conversion Privilege, such benefits are not applicable when receiving benefits under the Extended Disability Benefit.

## REHABILITATION BENEFIT

"Rehabilitative Employment" means work in any gainful occupation for which the Insured's training, education or experience will reasonably allow. The work must be supervised by a Physician or a licensed or certified rehabilitation specialist approved by us. Rehabilitative Employment includes work performed while Partially Disabled, but does not include performing all the material duties of his/her regular occupation on a full-time basis.

If an Insured is receiving a Monthly Benefit because he/she is considered Totally Disabled under the terms of this Policy and is able to perform Rehabilitative Employment, we will continue to pay the Monthly Benefit less an amount equal to 50% of earnings received through such Rehabilitative Employment.

If an Insured is able to perform Rehabilitative Employment when Totally Disabled due to Substance Abuse, we will continue to pay the Monthly Benefit less an amount equal to 50% of earnings received through such Rehabilitative Employment. This Monthly Benefit is payable for a maximum of twenty-four (24) consecutive months from the date the Elimination Period is satisfied.

An Insured will be considered able to perform Rehabilitative Employment if a Physician or licensed or certified rehabilitation specialist approved by us determines that he/she can perform such employment. If an Insured refuses such Rehabilitative Employment, or has been performing Rehabilitative Employment and refuses to continue such employment, the Monthly Benefit will be reduced by 50%, without regard to the Minimum Monthly Benefit.

---

**SUMMARY OF THE LOUISIANA LIFE AND HEALTH
INSURANCE GUARANTY ASSOCIATION ACT AND
NOTICE CONCERNING COVERAGE
LIMITATIONS AND EXCLUSIONS**

---

**A.**   Residents of Louisiana who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Louisiana Life and Health Insurance Guaranty Association. The purpose of this Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force. However, the valuable extra protection provided by these insurers through the Guaranty Association is limited. As noted in the disclaimer below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

---

**DISCLAIMER**

The Louisiana Life and Health Insurance Guaranty Association provides coverage of claims under some types of policies if the insurer becomes impaired or insolvent. COVERAGE MAY NOT BE AVAILABLE FOR YOUR POLICY. Even if coverage is provided, there are significant limits and exclusions. Coverage is always conditioned upon residence in this state. Other conditions may also preclude coverage.

**Insurance companies and insurance agents are prohibited by law from using the existence of the association or its coverage to sell you an insurance policy.**

**You should not rely on the availability of coverage under the Louisiana Life and Health Insurance Guaranty Association when selecting an insurer.**

**The Louisiana Life and Health Insurance Guaranty Association or the Department of Insurance will respond to any questions you may have which are not answered by this document.**

| | |
|---|---|
| Louisiana Life and Health<br>Insurance Guaranty Association<br>P.O. Drawer 44126<br>Baton Rouge, Louisiana  70804 | Louisiana Department of Insurance<br>P.O. Box 94212<br>Baton Rouge, Louisiana  70804-9214 |

---

**B.**   The state law that provides for this safety-net coverage is called the Louisiana Life and Health Insurance Guaranty Association Act. The following is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change any person's rights or obligations under the Act or the rights or obligations of the Guaranty Association.

(please refer to next page)

LRS-8720-0502

## C.   COVERAGE

Generally, individuals will be protected by the Life and Health Insurance Guaranty Association if they live in this state and hold a life or health insurance contract, or an annuity, or if they are insured under a group insurance contract, issued by an insurer authorized to conduct business in Louisiana. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

## D.   EXCLUSIONS FROM COVERAGE

1.   However, persons holding such policies are not protected by this Association, if:

   (a)   they are eligible for protection under the laws of another state (This may occur when the insolvent insurer was incorporated in another state whose Guaranty Association protects insureds who live outside that state);

   (b)   the insurer was not authorized to do business in this state;

   (c)   their policy was issued by a nonprofit hospital or medical service organization, an HMO, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company or similar plan in which the policyholder is subject to future assessments, or by an insurance exchange.

2.   The Association also does not provide coverage for:

   (a)   any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;

   (b)   any policy of reinsurance (unless an assumption certificate was issued);

   (c)   interest rate yields that exceed an average rate;

   (d)   dividends;

   (e)   credits given in connection with the administration of a policy by a group contract holder;

   (f)   employers' plans to the extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them);

   (g)   unallocated annuity contracts (which give rights to group contract holders, not individuals), unless qualified under Section 403(b) of the Internal Revenue Code, except that, even if qualified under Section 403(b), unallocated annuities issued to employee benefit plans protected by the Federal Pension Benefit Guaranty Corporation are not covered.

## E.   LIMITS ON AMOUNT OF COVERAGE

The act also limits the amount the Association is obligated to pay out. The Association cannot pay more than what the insurance company would owe under a policy or contract. Also, for any one insured life, the Association will pay a maximum of $300,000 no matter how many policies and contracts there were with the same company, even if they provided different types of coverage. Within this overall $300,000 limit, the Association will not pay more than $100,000 in cash surrender values, $100,000 in health insurance benefits, $100,000 in present value of annuities, or $300,000 in life insurance death benefits. Again, no matter how many policies and contracts there were with the same company, and no matter how many different types of coverages.